EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Naydi C. Nazario Muñiz | 2006 TSPR 71 <br><br> 167 DPR _____ |

Número del Caso: TS-8995


Fecha: 28 de abril de 2006


 Abogada de la Peticionaria:

                        Por Derecho Propio


Oficina del Procurador General:

                        Lcda. Noemí Rivera De León
                        Procuradora General Auxiliar

Colegio de Abogados de Puerto Rico:

                        Lcdo. José M. Montalvo Trías
                        Director Ejecutivo


Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


*In re*

Naydi C. Nazario Muñiz

TS-8995


RESOLUCION

San Juan, Puerto Rico, a 28 de abril de 2006


Atendidas, tanto la comparecencia del Colegio de Abogados de Puerto Rico como del Procurador General de Puerto Rico, se ordena la reinstalación de Naydi C. Nazario Muñiz al ejercicio de la abogacía, efectiva la misma a partir de la notificación de la presente Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo